Carlton T. Spiller, Esq.
Ellen A. Silver, Esq.
Steven B. Gladis, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830
(732) 549-5600
*Attorneys for Plaintiffs Environmental Barrier Company, LLC
Geo-Solutions, Inc., as successor in interest to Environmental
Barrier Company, LLC, Geo-Con Holdings, LLC, and EBC
HoldCo, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENVIRONMENTAL BARRIER COMPANY, LLC, GEO-SOLUTIONS, INC., *as successor in interest to* ENVIRONMENTAL BARRIER COMPANY, LLC, GEO-CON HOLDINGS, LLC, and EBC HOLDCO, LLC,<br><br>Plaintiffs,<br>v.<br>STEADFAST INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, NAUTILUS INSURANCE COMPANY, ENVIROFINANCE GROUP, LLC, AND KANE MITIGATION, LLC,<br><br>Defendants. | Civil Action No. 2:16-cv-00708-MCA-MAH<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* APPEARANCES OF REID C. ADAMS, JR., ESQ. AND JONATHAN R. REICH, ESQ.** |

TO:  Kevin T. Coughlin, Esq.
Steven D. Cantarutti, Esq.
Jonathan A. Messier, Esq.
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
*Attorneys for Defendants, Steadfast
Insurance Company and Zurich American
Insurance Company*

Dennis M. Wade, Esq.
Michael A. Bono, Esq.
WADE CLARK MULCAHY
955 S. Springfield Avenue, Suite 100
Springfield, NJ 07081
*Attorney for Defendant, Nautilus Insurance
Company*

EnviroFinance Group, LLC
7200 South Alton Way, Suite B-130
Centennial, CO 80112

Kane Mitigation, LLC
7200 South Alton Way, Suite B-130
Centennial, CO 80112

**PLEASE TAKE NOTICE,** that Plaintiffs, Environmental Barrier Company, LLC, with its principal place of business formerly at 400 Penn Center Boulevard, Suite 503, Pittsburgh, PA;

Geo-Solutions, Inc., as successor in interest to Environmental Barrier Company, LLC, with its principal place of business at 1250 5th Avenue, New Kensington, PA; Geo-Con Holdings, LLC, with its principal place of business formerly at 400 Penn Center Boulevard, Suite 503, Pittsburgh, PA; and EBC HoldCo, LLC, with its principal place of business at 165 Township Line Road, Suite 2100, Jenkintown, PA, shall move before the Honorable Michael A. Hammer, United States Magistrate Judge, on March 21, 2016, for an Order permitting Reid C. Adams, Jr., Esq. and Jonathan R. Reich, Esq. of Womble Carlyle Sandridge & Rice, LLP, One West Fourth Street, Winston-Salem, North Carolina to appear and participate in this Action *pro hac vice* according to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs rely upon the Certification of Carlton T. Spiller, Esq., the Certification of Reid C. Adams, Jr., Esq. and the Certification of Jonathan R. Reich, Esq. submitted herewith in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a Certification of Service and a proposed form of Order are submitted herewith.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
*Attorneys for Plaintiffs Environmental Barrier Company, LLC, Geo-Solutions, Inc., as successor in interest to Environmental Barrier Company, LLC, Geo-Con Holdings, LLC, and EBC HoldCo, LLC*

By: _____
Carlton T. Spiller

Dated: February 26, 2016